UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX OFFICE & PRINT SERVICES, INC., et al.,<br><br>    Defendants.<br>_____ / | Case No. 5:13-cv-01681-DMG-DTBx<br><br>JOINT STIPULATION FOR DISMISSAL [35] |

    Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendants FedEx Office and Print Services, Inc.; SCI Chino Fund 22, LLC; and Woodland Hills-Chino, LLC,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

DATED: April 3, 2014

*/s/ Dolly M. Gee*
DOLLY M. GEE
United States District Judge